```
AES/Pennsylvania Higher Education Assist
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


Bonneville Collections
Po Box 150621
Ogden, UT 84415


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cdi Affiliated Service
Attn: Banktruptcy
Po Box 4068
Boise, ID 83711


Collection Bureau Incorporated
Attn: Bankruptcy
8925 Birch Lane East
Nampa, ID 83687


Collection Bureau, Inc
719 1st St S
Nampa, ID 83653


Fingerhut
6250 Ridgwood Rd
Saint Cloud, MN 56303
```

```
Fms Inc
Attn: Bankruptcy Department
4915 S Union Ave
Tulsa, OK 74107



Idaho Housing   Finance
565 Myrtle St.
Boise, ID 83707



Idaho Housing Agency
Attn: Bankruptcy
Po Box 7899
Boise, ID 83707



Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303



LVNV Funding
PO Box 7811
Sandy, UT 84091



Middle Creek HOA
119 S. Valley Dr. Ste A #139
Nampa, ID 83686



National Credit Adjusters
PO Box 4115
Concord, CA 94524



National Credit Adjusters, LLC
327 West 4th Avenue
Po Box 3023
Hutchinson, KS 67504
```

```
Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773


Nortwest Leasing
9501 W. Fairview
Boise, ID 83704


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


Pioneer FCU
Attn: Bankruptcy
250 W 3rd South
Mountain Home, ID 83647


Portfolio
120 Corporate Blvd. #1
Norfolk, VA 23502


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


Professional Finance Company, Inc.
Attn: Bankruptcy
Po Box 1686
Greeley, CO 80632


Recivable Management Services. LLC
Attn: Bankruptcy
240 Emery Street
Bethlehem, PA 18015
```

```
Resurgent Capital Services
Attn: Bankruptcy
Pob 10497
Greenville, SC 29603



Security Finance
Attn: Bankruptcy
Po Box 1893
Spartanburg, SC 29304



St. Lukes
PO Box 2578
Boise, ID 83701



USAA FSB
10750 McDermott Fwy
San Antonio, TX 78288
```